# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| HOWARD COHAN, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:21-cv-5811 |
| v. | )<br>) Hon. Charles R. Norgle, Sr. |
| COURTYARD MANAGEMENT CORPORATION, a Delaware corporation, | )<br>) Magistrate Judge Susan E. Cox |
| Defendant. | ) |

### NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT COURTYARD MANAGEMENT CORPORATION UNDER FED. R. CIV. P. 41(a)(1)(A)(i) WITH PREJUDICE

Plaintiff, through undersigned counsel, voluntarily dismisses Defendant Courtyard Management Corporation under Fed. R. Civ. P. 41(a)(1)(A)(i) with prejudice.

Respectfully submitted,

CASS LAW GROUP, P.C.

/s/ Angela C. Spears
Angela C. Spears (IL Bar #: 6327770)
CASS LAW GROUP, P.C.
20015 S. LaGrange Rd #1098
Frankfort, IL 60423
T: (833) 343-6743
F: (855) 744-4419
E: aspears@casslawgroup.com
*Counsel for Plaintiff*

Dated: February 18, 2022